IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>JACINTO LENEN GALVEZ-VELASQUEZ,<br><br>               Defendant. | 4:14MJ3033<br><br>**ORDER OF DISMISSAL** |

IT IS ORDERED:

1)    The government's motion, (Filing No. 11), is granted.

2)    The criminal complaint against Defendant, Jacinto Lenen Galvez-Velasquez, a/k/a Jacinto Senen Galvez, a/k/a Jacinto Senen Galvez-Valazquez, a/k/a Jacinto S. Galvez-Velazquez is dismissed without prejudice.

3)    The Marshal is ordered to release the defendant from federal custody.

June 5, 2014.

BY THE COURT:

*Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge